United States District Court

Southern District of Indiana

Robert Allen Dill
Plaintiff

V. Sheriff of Howard County, Steve Rogers; Howard County Criminal Justice Center
Defendant

Cause No.

1:16-cv-3152 SEB-DML

# COMPLAINT
## 42 U.S.C. § 1983

## I. PARTIES

### A. PLAINTIFF

1. Plaintiffs full name is Robert Allen Dill.
2. Plaintiffs current address is 1800 W. Markland Ave. Kokomo, IN 46901.
3. Plaintiff is incarcerated at the Howard County Criminal Justice Center.

### B. DEFENDANT

Sheriff of Howard County; Steve Rogers (1 Defendant)

1. Sheriff Steve Rogers
   Howard County Sheriffs Department
   (Howard County Criminal Justice Center)
   1800 W. Markland Avenue, Kokomo, IN 46901

## II. CAUSE(S) OF ACTION

1. Plaintiff Robert Allen Dill is an inmate at the Howard County Criminal Justice Center and currently ward of the State of Indiana.

Complaint Pg. 1

## CAUSE(S) OF ACTION (CONTINUED)

On or about October 17th, 2016 the Plaintiff was denied his routine medication from the Howard County Criminal Justice Center's medical staff, to wit; Omeprazole, with respect to severe acidic issues within the stomache. On or about September 2nd, 2016 the Plaintiff had his medication brought in by a relative to wit; Plaintiffs aunt, Debbie Dill. It took the jails medical staff 13 days to administer the medication. About one week prior to September 2nd, 2016 the Plaintiffs aunt also brought in the same medication, however, medical staff neglected to file the medication and as a result the medication was lost. After the medication brought into the jail on September 2nd, 2016 was dispensed completely, the nurse denied the Plaintiff to have the medication delivered to the jail any longer. Several inmate requests were filed since September 2nd, 2016 and finally on November 2nd, 2016 an inmate grievance was filed and responded to on November 3rd, 2016. The jail continues to neglect the issue and the Plaintiff has still not received his medication.

2. The Plaintiff also requested to see the jail dentist with respect to an extremely painful oral infection. The jail dentist recommends the Plaintiff see an oral surgeon, however, the jail will not permit that until the Plaintiffs release. An oral bacterial infection can become extremely dangerous, also painful, if it is not treated properly and also in a timely manner. An inmate grievance was also filed on this matter November 2nd, 2016 and responded to on November 3rd, 2016. The jail continues to neglect this matter as well.

Complaint Pg. 2

## III. PREVIOUS LAWSUITS

<u>1.</u> The Plaintiff has never sued anyone for the same complaint(s) written in this petition.

## IV. RELIEF

<u>1.</u> The Plaintiff requests an award in the amount of one hundred thousand dollars ($100,000) with respect to pain and suffering, and further requests the Court to appoint a federal government official to oversee the administration and policies of the Howard County Criminal Justice Center.

## V. VERIFICATION AND SIGNATURE

<u>1.</u> The Plaintiff has included a properly completed petition to proceed in forma pauperis.
<u>2.</u> The Plaintiff agrees to promptly notify the clerk of any change of address.
<u>3.</u> The Plaintiff has read all of the statements of this complaint.

I, <u>Robert A Dill</u>, respectfully submits this complaint to the United States District Court, Southern District of Indiana. I declare under the penalty of perjury that the foregoing is true and correct.
Signed this <u>5th</u> of <u>November</u>, 20<u>16</u>

*/s/ Robert A Dill*

Complaint Pg. 3